872 F.2d 417
 Joyner (Benjamin A.)
v.
McKellar (Ken), Leeke (William D.), Saldino (Pete), Hinson
(H.L.), Santiago (J.), Woodard (J.), Days (T.), Waters (Al),
Barnwell (Debbie), Raysor (Natalie), Taylor (Blake), Wallace
(W.), Grant (E.), Perry Correctional Institution, Central
Correctional Institution
 NO. 88-7241
 United States Court of Appeals,
Fourth Circuit.
 MAR 29, 1989
 
 1
 Appeal From: D.S.C.
 
 
 2
 IFP GRANTED-AFFIRMED.